# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ORLANDO MORENO-ESPINOZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:25-cv-03093-TLP-tmp |
| v. ) | |
| ) | |
| BRIAN ACUNA TRINITY MINTER, ) | |
| TODD LYONS, and KRISTI NOEM, ) | |
| ) | |
| Defendants. ) | |

**ORDER DIRECTING CLERK TO MODIFY DOCKET AND SERVE
PETITION AND DIRECTING RESPONDENT TO SHOW CAUSE**

Petitioner Orlando Moreno-Espinoza, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus under to 28 U.S.C. § 2241. (ECF No. 1).[1]

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). The proper respondent in this case is Scott Ladwig, the acting New Orleans Field Office Director for ICE Enforcement and Removal Operations.[2] The Clerk is respectfully **DIRECTED** to add Scott Ladwig as

---

[1] To the extent Petitioner seeks relief based on the conditions of confinement at the detention facility (*See* ECF No. 1 at PageID 7), his claim is not appropriately presented in this habeas petition. *See Velasco v. Lamanna*, 16 F. App'x 311, 314 (6th Cir. 2001).

[2] *See* Immigration and Custom Enforcement, https://www.ice.gov/news/releases/ice-places-detainer-illegal-alien-arrested-killing-teen-during-second-drunk-driving (last accessed Dec. 4, 2025); *see Godinez-Lopez v. Ladwig, et al.*, Civ. No. 25-2962, ECF No. 1 (W.D. Tenn. Oct. 17, 2025).

Respondent and to terminate Brian Acuna, Trinity Minter, Todd Lyons, Kristi Noem, and Pamela Bondi as Respondents.

It is **ORDERED** that the Clerk shall serve a copy of the § 2241 Petition and this Order on Respondent Scott Ladwig[3] by certified mail and shall provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee. The Clerk shall also serve the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov. Under Federal Rule of Civil Procedure 4(i), the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, Respondent is **ORDERED** not to remove Petitioner from the West Tennessee Detention Facility while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, Respondent is **ORDERED** to show cause in writing within three (3) days why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243. Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition, including any claim the petitioner must exhaust remedies.

Petitioner may file a reply within three (3) days of service of the return. If the Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform the Respondent of those issues in the return.

A hearing date shall be set by separate order. *See* 28 U.S.C. § 2243.

---

[3] The address for Enforcement & Removal Operations, New Orleans Field Office is 1250 Poydras, Suite 325, New Orleans, LA 70113. *See* New Orleans Field Office | ICE, https://www.ice.gov/field-office/new-orleans-field-office (last accessed Dec. 4, 2025).

**SO ORDERED**, this 4th day of December, 2025.

                                         s/Thomas L. Parker  
                                         THOMAS L. PARKER  
                                         UNITED STATES DISTRICT JUDGE